ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
XL SPECIALTY INSURANCE COMPANY,

                Plaintiff,

            24 Civ. 3403 (LLS)

   - against -

            ORDER

MSC MEDITERRANEAN SHIPPING
COMPANY S.A. and EXPEDITORS
INTERNATIONAL OF WASHINGTON, INC.,

                Defendants.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
       August 8, 2024

                                  /s/ Louis L. Stanton
                                LOUIS L. STANTON
                                   U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/24